IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01536-MSK-KLM

SHAWN KYEONE JOHNSON,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT DEVIN SPARKS, individually and severally;
DENVER POLICE OFFICER A. JARAMILLO, individually and severally;
DENVER POLICE OFFICER R. MURR, individually and severally;
CITY AND COUNTY OF DENVER;
JOSEPH GARDNER; and
F & R LOUNGE, LLC,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 24; Filed October 6, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order is accepted for filing and entered as an Order of the Court as of today's date.

Dated:  October 7, 2009