IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01536-MSK-KLM

SHAWN KYEONE JOHNSON,

        Plaintiff,

v.

JOSEPH GARDNER; and
F & R LOUNGE, LLC,

        Defendants.

---

**ORDER DISMISSING CLAIMS AGAINST THE CITY AND COUNTY OF DENVER
WITH PREJUDICE**

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice Defendant the City and County of Denver (Motion) **(#52)** filed February 4, 2010.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted against the City and County of Denver are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall so reflect.

DATED this 4th day of February, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge